IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIMBERLY ANN POLK, | No. 8:24-cv-1487-DLB |
| Plaintiff, | |
| v. | **Hearing Requested** |
| MONTGOMERY COUNTY PUBLIC SCHOOLS, *et al.*, | |
| Defendants. | |

MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65, Ms. Polk moves for a preliminary injunction pending the resolution of this action by the Court. As stated in the accompanying memorandum, she will likely succeed on the merits, she will be irreparably harmed without the injunction, the equities favor Ms. Polk, and the public interest supports its issuance.

The injunction requested is tailored to avoid any harm to MCPS or students exhibiting as transgender. As set out in the Verified Complaint and in the accompanying declaration of Ms. Polk and its attachments submitted in support of this motion, MCPS, due to its policies and practices, has a support plan for each of its students who are currently transitioning genders and knows what classes they attend. Ms. Polk during the pendency of the injunction will limit her substitute services to elementary school classrooms with no transitioning students attending them and will obtain assistance from other MCPS personnel promptly if she must engage a transitioning student in a way that would violate her religious beliefs. As she affirms in her declaration, she would always treat any transitioning student with respect and discretion should she interact with them.

WHEREFORE, for the reasons stated above and in her accompanying affidavit and supporting memorandum and the Verified Complaint, Ms. Polk requests that this Court grant her motion and issue a preliminary injunction in the form of the attached proposed order in time for the beginning of the upcoming, 2024-2025 MCPS school year.

Respectfully submitted,

/s/ Frederick W. Claybrook, Jr.
Frederick W. Claybrook, Jr., Bar No. 21604
 (Counsel of Record)
Claybrook LLC
655 15th St., NW, Ste. 425
Washington, D.C. 20005
(301) 622-0360
Rick@claybrooklaw.com

Of Counsel

Robert Flores
Gammon & Grange, P.C.
1945 Old Gallows Rd., Ste. 650
Vienna, Va. 22181
jrf@gg-law.com

Steven W. Fitschen, Bar No. 31117
James A. Davids, Bar No. 31107
National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org
jdavids@nationallegalfoundation.org

Attorneys for Plaintiff

May 29, 2024

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2024, a copy of the Motion for Preliminary Injunction and supporting Declaration and Memorandum and Draft Order, which were electronically file this day, were served by email and first-class mail, postage pre-paid as follows:

Stephanie P. Williams,
    General Counsel
Montgomery County Public Schools
Room 156
850 Hungerford Dr.
Rockville, Md. 20850
Stephanie_Williams@mcpsmd.org

                                              <u>/s/ Steven W. Fitschen</u>
                                              Steven W. Fitschen, Bar No. 31117
                                              National Legal Foundation
                                              524 Johnstown Road
                                              Chesapeake, Va. 23322
                                              (757) 650-9210
                                              sfitschen@nationallegalfoundation.org