IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIMBERLY ANN POLK, ) | |
| Plaintiff, ) | |
| v. ) | |
| MONTGOMERY COUNTY PUBLIC SCHOOLS, *et al.*, ) | No. 8:24-cv-1487-DLB |
| Defendants. ) | |

DECLARATION OF KIMBERLY ANN POLK

The declarant, Kimberly Ann Polk, under penalty of perjury declares as follows:

My Personal Information

1. I am an adult and fully competent to give this declaration. It is provided in support of the captioned action, in which I am the plaintiff, and in support of my motion for a preliminary injunction.

2. The purpose of this declaration is to supplement the verified complaint, so I will not repeat all that is stated there in this declaration. I am the same individual who verified the complaint, which verification I reaffirm here.

3. I am currently 53 years old. I am married and have five sons, all of whom are now 18 years or older. My youngest is 19 and has just finished his first year at college.

4. I have a B.S. in Graphic Arts Technology Management from Central Missouri State University (now the University of Central Missouri).

5. My husband and I live at 21913 Foxlair Rd., Gaithersburg, MD 20882, which is in Montgomery County. My husband is 58 years old; he is a retired police officer who has part-time security positions.

<u>My Religious Beliefs</u>

6. I am an evangelical, Protestant Christian. I was raised as a Southern Baptist, but I have attended other evangelical churches as well. I believe that the Holy Bible is to be my guide for belief and practice. I have been a regular church attender for my entire life.

7. With regard to my Christian beliefs that are relevant to this case, in brief, I believe that the Bible teaches that God created each person and that he created them male or female. (Genesis 1:27, 5:2.) God does not make mistakes when He creates us; He knows us from the womb. (Jeremiah 1:5.) When individuals reject their God-given sex, they are choosing a way of life that will be harmful to them, and I would sin if I knowingly assisted them in harming themselves, for instance, by using inaccurate pronouns when referring to them or by allowing them to use sex-segregated facilities that did not correspond to their God-given sex, which also implicates the modesty God desires between the sexes. (Ephesians 5:1-17.) I also believe that the Bible teaches that parents are primarily responsible for the health and welfare of their minor children (Ephesians 6:1-4) and that it is sinful to lie or mislead either children or parents about their children. (Exodus 20:16.) I believe that, because we were all created by God, we all have equal worth and dignity as persons and that we are to treat others respectfully. (Gen. 1:26-27.) However, to assist others to do something wrong or harmful to themselves or others is itself a sin. That includes children and governmental officials. (Mathew 18:5-6; Acts 4:18-19.) I believe it to be my responsibility as a Christian "not [to] be overcome by evil, but [to] overcome evil with good." (Romans 12:21.)

<u>My Experience as a MCPS Substitute in the 2021-2022 School Year</u>

8. I first applied to be a substitute teacher for MCPS by computer in early 2020, shortly before the COVID-19 shutdown.

9. I was interviewed by MCPS in April 2021. I confirmed that I was (and still am) willing to substitute at any level where MCPS has a need.

10. As part of the interview process, MCPS asked me to be fingerprinted, which I did.

11. On May 3, 2021, MCPS sent me an e-mail with information on how to log into its portal to be able to access opportunities for being a substitute. At this point, I was eligible to serve as a substitute.

12. My hiring process was conducted consistently with MCPS Regulation GEF-RA, which I attach as Attachment 1 and can be found on the MCPS website.

13. I did not do any substitution before the 2020-2021 school year ended.

14. After being accepted as a substitute, I reviewed some orientation materials provided by MCPS by its computer terminal. To the best of my recollection, those materials did not raise any of the concerns that the materials I had to review prior to the 2022-2023 school year did. If they did, then I simply failed to recognize them. (I no longer have access to those materials.)

15. Due to the delay in my hiring due to COVID, I had obtained other part-time employment by 2021. However, that employment was scheduled to end during the summer of 2022, and I wanted to be able to make substituting for MCPS my principal part-time work. As a result, I took the required number of substitute jobs for MCPS during the 2021-2022 school year in order to retain my eligibility without having to reapply for the job.

16. Attached to this declaration as Attachment 2 is a chart of my MCPS substitute days during the 2021-2022 school year from the MCPS web portal. In summary, I subbed 10 days. Most of those days were as an aide in special education classes. That was partly as a result of a special ed teacher appreciating the job I did for her and wanting me to sub for her whenever

she needed someone. However, I also subbed in kindergarten, Grade 2, and Grade 4 and in a total of eight different schools.

17. I always received very positive feedback for my substitution sessions. I never received any negative feedback.

18. I have extensive experience as a mother dealing with children, and especially boys. I do my best to be positive in all my encounters with children, to build them up, to help them realize that each of them is valuable, and to teach them to treat others as they would like to be treated.

19. During my substitution work in 2021-2022, I never encountered a child who was exhibiting as other than his or her biological gender.

My Training Before the 2022-2023 School Year

20. As of the end of August 2022, my prior part-time job had ended, and I planned to expand my substitution work for MCPS significantly, averaging at least three full days per week for the entire school year. Based on my experience during the 2021-2022 school year, I knew that there would be ample opportunities to do that amount of work, even in schools that were in close proximity to my home.

21. MCPS informed me that I needed to do teacher training before the 2022-2023 school year began. I logged onto the MCPS teacher portal in August 2022 to do so.

22. Part of the teacher training in August 2022 was an explanation of the MCPS Guidelines for Student Gender Identity and how they operated. The current version is attached as Attachment 3. I've also attached the gender support intake form, MCPS Form 560-80, as Attachment 4. MCPS uses this form with every student who is transitioning gender at school.

23.     I, of course, would never look down on students who were suffering with gender confusion, and I would always treat them with courtesy and respect and stop any bullying or harassment of them that I saw.  However, there were parts of the gender guidelines and teacher instruction that were inconsistent with my religious beliefs.  In particular, those parts were these:

- Using pronouns for a child that do not conform to his or her God-given sex, although I would use the name for the child that the child and his parents wished.

- Having children use restrooms and other sex-segregated facilities that do not correspond with their God-given sex.

- If on an overnight field trip, putting a child in a room with others not of his or her same, God-given sex.

- If the school decided that parents should not know that their child was exhibiting as other than his or her God-given sex at school, then teachers would have to hide that fact from the parents, even to the extent of lying to the parents and hiding school files from them.

24.     I took screenshots of the gender identity training materials.  I then typed up the dialogue in those materials.  I attach my transcription as Attachment 5 to this declaration.

25.     Part of the training told me to review the MCPS Guidelines for Gender Identity.  At the end of the training, there was a statement that I was to confirm by checking the box that I had reviewed the Guidelines for Gender Identity and understood "my obligation to comply with it."  I was not able to check that box because of the parts of the gender policy that violate my religious beliefs, and so I did not.  I attached as Attachment 6 to this declaration the screenshots of that page as originally presented and as it appeared after I tried to continue without checking the box.

26.     Because I did not check the box, I was locked out of the MCPS system to sign up for substitute jobs.

My Attempt to Get a Religious Accommodation from MCPS

27.     I approached the substitute teacher department of MCPS to explain the situation, and they directed me to the compliance office.  That office told me that I would have to check the box, which I could not do in good conscience.  On November 21, 2002, I made a formal request for a religious accommodation so I could continue to work as a substitute.  I attach that request as Attachment 7.

28.     After submitting that request, as set out in more detail in the Verified Complaint, I had what I thought was a productive session with a compliance coordinator, Mr. Khalid Walker, in which we worked together toward reaching an accommodation.  He said the tentative agreement we had negotiated was subject to approval by the MCPS General Counsel.

29.     About two weeks later, on December 13, 2022, Mr. Walker wrote to inform me that MCPS would not entertain any religious accommodation and that I would have to both complete the training and adhere to the Gender Identify Guidelines.  I attach his email as Attachment 8.

30.     When trying to reach a negotiated accommodation with Mr. Walker, I was willing to compromise in ways that I thought still infringed my constitutional rights.  In particular, while I was willing to limit my substitute teaching to elementary schools, where the likelihood of having to deal with a student exhibiting as the other gender would be small, I do not think I should be excluded from substituting in middle school and high school.

31.     I am willing to forego my full legal rights in order to accommodate my request for a preliminary injunction in the same way as I was with MCPS, although by doing so I do not waive my right to obtain full relief to which I am entitled in a final judgment.

32.     It is very feasible for MCPS to inform me of classes which would be "off limits" to me because they have a student in the class exhibiting as transgender.  MCPS prepares a gender support plan for each such student, and they would not have to inform me of the student's identity, only the identity of the class.

33.     I also confirm that, in the event that a situation presented itself in which I was required to deal with a student transitioning gender in a way that violated my religious beliefs, then I would promptly request assistance from another MCPS employee to take over.

34.     MCPS has put me to the choice of losing my job or violating my religious beliefs, when my religious beliefs could easily be accommodated by MCPS.

35.     My continued inability to substitute for MCPS has caused me to seek other part-time work, including substituting at a private, Christian school.  However, the pay is not as good as at MCPS, and, due to the EEOC proceedings not progressing fast enough, I have had to commit recently to continue substituting at that school for two days a week this coming 2024-2025 school year.  That will limit my ability to substitute for MCPS, but this coming school year I would still intend to work as a substitute for an average of two additional days a week for MCPS.  That is important to my family's finances because we have the expense of a college tuition this coming year and do not have sufficient savings and income to handle that expense without my working the additional days.

The EEOC Proceedings

36.  In August 2023, I filed a charge with the EEOC due to MCPS refusing to give me a religious accommodation.

37.  In February 2024, MCPS filed its "Statement of Position" ("SOP") explaining why, in its opinion, it did not have to provide me a religious accommodation. I attach the SOP to this declaration as Attachment 9.

38.  In its SOP, MCPS says the only "accommodation" it would be willing to give me would be to allow me not to check the box saying I agreed to comply with the gender identity policies in all respects, but that I would still have to do so when I was substitute teaching. I do not consider this to be a real accommodation. It would not be consistent with my religious beliefs to comply with the policy, as I made clear to MCPS when I asked for an accommodation.

39.  I understood MCPS in its SOP basically to say that it simply refused to accommodate my religious beliefs because it disagrees with them and believes them to be discriminatory against students who are transitioning genders. If that is a sufficient reason not to give a religious accommodation, then I fail to see how anyone would ever get one. Indeed, MCPS says on page 6 of its SOP that allowing even "one single employee to claim a religious accommodation that would allow that employee to openly disregard the nondiscrimination policies of the employer would serve as an undue hardship to the operations."

40.  Through my counsel, in March 2024 I filed a responsive letter to MCPS's SOP. I attach the responsive letter to this declaration as Attachment 10.

9

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 15, 2024.

*Kimberly Ann P*
Kimberly Ann Polk