List of Substitute Jobs worked

| Date | Time | Employee/Teach | Classification | Location/School | |
|---|---|---|---|---|---|
| Friday 11/9/21 | 2 - 4pm | Charlene McNab | Special Ed- PEP Intensive Needs | Lois P. Rockwell ES | |
| Friday 12/17/21 | 12 - 4:15pm | Jennifer Kwon | Reading | Goshen ES | Put in Kindergarten instead |
| Thursday 1/06/22 | 12:15 - 3:45pm | Sondra Caplan | Grade 2 | Glenallan ES | |
| Friday 1/14/22 | 12:30 - 4:00pm | Elizabeth Johnston | Special Ed | William B Gibbs, Jr. ES | |
| Friday 1/21/22 | 2:45 - 4:15pm | Paola Castro | Grade 4 | Wheaton Woods ES | |
| Friday 1/28/22 | 12:00 - 4:00pm | Morgan Gunn | Special ED- Preschool Ed Program | Woodfield ES | |
| Friday 3/25/22 | 12:30 - 4:00pm | Morgan Gunn | Special ED- Preschool Ed Program | Woodfield ES | |
| Friday 4/22/22 | 12:30 - 4pm | Shante Flores | Special ED- Preschool Ed Program | Brookhaven ES | |
| Friday 5/27/22 | 12:30 - 4pm | Morgan Gunn | Special ED- Preschool Ed Program | Woodfield ES | |
| Friday 6/3/22 | 12:30-3:50 pm | Nancy Kachadorian | Special Education | Greenwood ES | |