**MONTGOMERY COUNTY PUBLIC SCHOOLS**

# Intake Form: Supporting Student Gender Identity

Student Welfare and Compliance Unit
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850
See MCPS *Guidelines for Student Gender Identity*

**Instructions:** The school administrator, counselor, or psychologist should complete this form with the student. Parents/guardians may be involved if the student states that they are aware of and supportive of the student's gender identity. This form should be kept in a secure, confidential location. See distribution information on Page 2. **This form is not to be kept in the student's cumulative or confidential folders.** All plans should be evaluated on an ongoing basis and revised as needed.

## STUDENT INFORMATION

Student Name in MCPS Student Information System (Last, First, MI): _____

School _____ Grade _____

What is your identified name?* _____ MCPS ID # _____

What is your identified gender?**   ❏ Male   ❏ Female   ❏ X (unspecified/non-binary)   ❏ Other _____

What pronouns do you use to identify yourself in school? _____

## SUPPORT/SAFETY FOR STUDENT

Is parent/guardian aware of your gender identity? ❏ Yes   ❏ No

Support Level: (None) ❏ 1   ❏ 2   ❏ 3   ❏ 4   ❏ 5   ❏ 6   ❏ 7   ❏ 8   ❏ 9   ❏ 10 (High)

If support level is low, what considerations must be accounted for in implementing this plan?

**STUDENTS WORKING WITH THE SCHOOL COUNSELOR TO COMPLETE THIS FORM WILL BE INFORMED WHEN IDENTIFIED NAMES WILL BE USED AND WHEN LEGAL NAMES (LISTED IN ENROLLMENT AND RECORD KEEPING) WILL BE USED.**

| DOCUMENT/COMMUNICATION TYPE | LEGAL OR IDENTIFIED NAME | GENDER LISTED (YES OR NO) |
|---|---|---|
| 504 Plan | Legal Name | No |
| Attendance Calls | Identified Name | No |
| Class Rosters (Substitutes) | Identified Name | Yes (Identified) |
| High School Diploma | Legal Name | No |
| Individualized Education Plan (IEP) | Legal Name | Yes (Legal) |
| MAP Testing Reports | Identified Name | No |
| Maryland Comprehensive Assessment Program (MCAP) | Legal Name | No |
| Naviance (College Application Process) | Legal Name | No |
| Performance Matters | Identified Name | Yes (Identified) |
| Report Card | Identified Name | No |
| Student Record Cards | Legal Name | Yes (Legal) |
| Transcript (Official) | Legal Name | Yes (Legal) |

Former students who wish to update their student records with MCPS due to gender identity, and have had a legal name/gender change, should contact the Montgomery County Public Schools Central Records office at CentralRecords@mcpsmd.org to obtain the required documentation for initiating the change.

\* Consistent with *MCPS Guidelines for Student Gender Identity*, the school administrator/counselor/psychologist can request that the school record keeper add the identified name in the MCPS Student Information System.

\*\* Student's indication of identified gender on this form is for confidential notification to the school ONLY. If the student requests that their gender be changed on MCPS official records, the school must follow the procedures outlined in the *MCPS Student Record Keeper Manual*.

## PRIVACY, CONFIDENTIALITY, AND DISCLOSURE

Plan for bathroom/locker use:

Plan for sports/extracurricular activities:

Other issues to be considered/addressed:

Who will be the student's "go to adult" on campus?

## PRIVACY, CONFIDENTIALITY, AND DISCLOSURE (continued)

If this person is not available, what should student do?

What, if any, will be the process for periodically checking in with the student and/or family?

What are expectations in the event the student is feeling unsafe and how will the student signal their need for help?

## OTHER SCHOOL ACTIVITIES

Are there lessons, units, content or other school activities during the school year to consider (health curriculum, swim unit, social justice units, name projects, dance instruction, Pride events, school dances, promotion/graduation ceremonies, etc.)?

## COMMUNICATION PLAN

Identify staff to whom this information may be disclosed:

How public or private will information about this student's gender be?

## SUPPORT PLAN REVIEW AND REVISION

How will this plan be monitored over time?

Form completed by (print name) _____ Date ____/____/_____

Distribution: Copy 1/School Confidential folder (in principal's office)
Copy 2/Student Welfare and Compliance Unit, via scan to SWC@mcpsmd.org, or via pony to CESC, Room 55, in a envelope marked confidential