## WELCOME
There are 4 sections in this compliance module. To move through this module you need to press next or swipe to the right. On some slides, more information will be available by clicking the blue and white "i"

## PROVIDING A SAFE AND WELCOMING ENVIRONMENT
Transgender and other gender-nonconfoming students are among our most emotionally and psychologically vulnerable students. Research conducted by the CDC and Prevention and the NIH indicates that our transgender and gnc students are more frequently at risk of violence and bullying as well as the mental health issues tha accompany these stressors than are students who identify with the gender that was assigned by them at birth.

A national survey found that 75% of transgender youth feel unsafe at school. Another study found that almost 50% of transgender youth had seriously considered suicide with 25% reporting they had made a previous suicide attempt.

Our charge as educators is to provide a safe and welcoming learning environment where all our students feel valued regardless of race, ethnicity, sexual orientation, gender identity or any other personal characteristics.

As part of our longstanding effort to fulfill this commitment, MCPS developed guidelines for student gender identity. While federal law on the topic of gender identity continues to evolve, MCPS Board of Ed has reaffirmed that the Guidelines will remain in place.

The Guidleines are fully aligned with the Maryland State Department of Education's Providing Safe Spaces for Transgender and Gender Nonconforming Youth: Guidelines for Gender Identity Non-Descrimination, and our own MCPS Board policies and regulations, as well as the policies in many other school districts across the Nation.

https://marylandpublicschools.org/about/Documents/DSFSS/SSSP/ProvidingSafeSpacesTransgendergenderNonConformingYouth012016.pdf

## DEFINING KEY TERMS
This module provides an overview of the principles set forth in these Guidelines as we seek to enable staff members to address matters of student gender identity appropriately and consistently. Gender identity is a new issue for many. Let's start with some definitions to help us all set a common language around this topic.

Gender Expression- The manner in which a student expresses gender to others often through behavior, clothing, hairstyles, activities, voice speech and word choices or mannerisms.

Gender nonconforming- a term for people whose gender expression differs from conventional or stereotypical expectations. This may include "feminine" boys, "mascuine" girls or those whose

gender is androgynous. This term also includes individuals who identify outside traditional gender categories.or identify as two or more genders. Other terms that have similar meanings include "gender diverse" or "gender expansive"

Transgender- an adjective describing a person whose gender identity or gender expression is differnet from that traditionally associated with the persons sex assigned at birth

Gender identity - a person's deeply held internalized sense or psychological knowledge of the person's own gender. All individuals have a gender identity. Many people have a gender identity thatt matches their sex assigned at birth.Gender identity does not necessarily define a person's sexual orientation. Sexual orientation is who someone is emotionally or physically attracted to.

Nonbinary- A person who does not identify solely or at all, as either male or female. some nonbinary people are also transgender

Cisgender - A person whose gender identity and gender expression align with the persons sex assigned at birth; a person who is not transgender or gender nonconforming.

MCPS developed these definitions based on reliable resources.published by organizations and agencies such as the American Psychological Assoc.; the Maryland state dept of ed; the national school board association, as well as other school districts.

**STUDENTS RIGHTS**

These definitions are not intended to label students. But rather to assist in understanding transgender and gender- nonconforming students.Students might or might not use these terms to describe themselves. In addition MCPS understands that these terms are evolving and may become outdated quickly.

In accordance with state Law, MCPS permits students to enroll and be identified as either male, female or gender X. Schools are required to use the legal name from a student's permanent record for standardized tests or reports to the MD Dept of ED. For more specifics please refer to the Guidelines for student gender identity.

In the following scenarios we explore the steps that schools should take to ensure that every student has equal access and equal opportunity to participate in all programs and activities at school and is otherwise protected from gender based discrimination at school.

**QUIZ**

A family with a transgender student is new to MCPS. While enrolling their child, they request that their students trangender status remain confidential. Does MCPS have an obligation to reasonably accommodate their request?

YES NO MAYBE

The answer is yes. The school must honor the family's request for confidentiality. All students have a right to Privacy. This includes the right to keep private one's transgender status at school. Information about a students transgender status, legal name or sex assigned at birth may constitute confidential medical information. Transgender students have the right to discuss and demonstrate their gender identity and expression openly. And they also have the right to decide when, with whom, and how much and how much to share private information.

This can be a challenging time and issue for the student and his or her family, and they need and deserve your respect. In addition disclosing this information to other students, their parents or guardians or third parties could violate laws such as the federal family educational rights and privacy act (FERPA)

#2 Donna first enrolled in MCPS as a kindergarten student. Now in grade 8 Donna has requested that the teachers use the name Don.
 Should teachers use the student's identified name?

YES NO MAYBE

The answer is YES. Teachers should use the students identified name. It is our job to make all students feel safe and accepted.  Please note that medical diagnosis, treatment or other documentation are not required in order for a school to accommodate requests regarding gender identity. Equally important students are not required to obtain a court ordered name and/or sex designation change in order to be addressed by the name that corresponds to their gender identity.

#3 A bus driver repeatedly refers to Don as "she". The students on the bus continue to remind the bus driver of his identified (preferred)  name and pronoun, but the driver refuses to use the correct pronoun. Do MCPS rules permit the bus driver to refuse?

The answer is No.

Students should be addressed by all staff members by the name and pronoun corresponding to the gender identity that is consistently asserted at school.  **As an employee of MCPS, the bus driver is expected to model MCPS values and respect the rights of the student, regardless of any conflicting personal views.**

#4 Don has also requested to use the boys' restroom.  Should the student be allowed to use the boys' restroom?

YES NO MAYBE

The answer is yes. All students must be permitted to use the restroom of their consistently asserted gender identity. Any student who is uncomfortable using a shared facility because of safety, privacy or any other reason, should upon request be provided with a safe and non-stigmatizing alternative arrangement. Such as a use of a nearby private restroom. But students who are entitled to use a facility consistent with their gender identity cannot be required to use an alternative arrangement. Alternative arrangements should be used only at the request of a student.and in a matter thatt keeps the students transgender status confidential.

**Some students may feel uncomfortable with a transgender student using the same restroom. This discomfort is not a reason to deny access to the transgender student. School administrators and counseling staff should work with the students to address the discomfort and to foster understanding of gender identity and to create a school culture that respects and values all students.** For additional information on gender identity, please refer to the MCPS Guidelines for Gender Identity.

### GUIDELINES, POLICIES AND REGULATIONS

MCPS has developed an intake form to assist school administrators in this planning process. Should you need to develop a plan for a student, your administrator or supervisor will take the lead. The principal or other appropriate administrator should develop a plan, in collaboration with the student and the students family ( if the family is supportive of the student) The plan should seek to provide the supports and accommodations needed to facilitate the students ability to participate in the school community in accordance with their gender identity. Each student's needs should be assessed on a case by case basis. The best interest of the child is paramount.

Intake form

https://ww2.montgomeryschoolsmd.org/departments/forms/pdf/560-80.pdf

Remember to be supportive of the student and their family and let them know you are on their side. Plan for the students' success and always make every attempt to honor the students wishes.

Because students' needs change over time all plans should be evaluated on an ongoing basis and revised as needed.

Consider this scenario. You witness several students routinely using the phrase "Thats so gay" as an insult, epithet, or dislike of something. What should you do? Staff should intervene and follow processes developed through the school disciplinary guidelines and the MCPS Code of Conduct.

No one should use a person's identity in a negative way that is rude or hurtful. Bullying based on sexual oriention or gender identity is inconsistent with MCPS core values and expectations and will not be tolerated. Complaints alleging discrimination or harrasment directed at a student based on a students actual or perceived sexual orientation or gender identity or expression should be handled in the same manner as other discrimination or harrasment complaints as discussed in more depth in the online compliance training modules on student bullying and sexual harrasment. Bullying and harassment also includes targeting a student  because of the sexual oritentation or gender identity  of a friend, family member or other person or group with whom a student associates.

School staff members should take all reasonable steps to ensure safety and access for LGBTQ+ students at their school and support students' rights to assert their gender identity and expression.

LGBTQ+- An acronym for the Lesbian, Gay Bisexual, Transgender, Queer, and Questioning community, This acronym often is written asLGBTQ+ in an effort to be more inclusive. It is also stated as LGBTA to include people who are asexual, or LGBTI, with the I representing intersex or LGBTQIA to representall of the above.

For more information on Gender Identity, please review the information found in this key resource. When you finish, you should check-off that you have reviewed the guideline and understand your obligation to comply with it. In addition, you can download or print this resource for future reference and you can always find the most updated version on the MCPS website.

https://www.montgomeryschoolsmd.org/uploadedFiles/students/rights/0848.22_2022-23_StudentRightsAndResponsibilities_WEB.pdf