**Employee Request for Religious Accommodation**

---

From    Google Forms <forms-receipts-noreply@google.com>

To      kwpolk@protonmail.com

Date    Monday, November 21st, 2022 at 11:22 AM

---

Thanks for filling out Employee Request for Religious Accommodation

Here's what was received.

# Employee Request for Religious Accommodation

INSTRUCTIONS:

MCPS employees must use the electronic or PDF versions of this form when requesting a religious accommodation or exemption. If you have already filled out this form, as a PDF or on paper, you do not need to submit it electronically.

Questions about religious accommodations can be directed to khalid_d_walker@mcpsmd.org.

Email *

kwpolk@protonmail.com

MCPS ID Number *

112316

Employee Name *

Kimberly A. Polk

Position *

e.g.  bus operator, paraeducator, secretary, teacher, etc.

Substitute Teacher

Work Location *

e.g. School Name, such as Argyle Middle School, or Building, such as CESC or 45 W Gude.

Various MCPS Elementary Schools

Preferred Phone Number

301.219.5042

Describe requested accommodation *

I am requesting to work as a substitute teacher without committing to adhere to the full gender identity guidelines and training provided by the Montgomery County School Board (MCSB). I request that I be permitted engage with students, teachers, and parents without: needing to agree with or express the belief that gender can be different than biological sex; engaging in or supporting deceptive practices that may result in keeping information from a parent that their child is or has a desire to transition—whether medically or behaviorally—because they might disagree or not support their child's desire; being required to use pronouns  that differ from a child's sex; and allowing a child to use a restroom while there is another child of the opposite sex using the facilities as it would violate my understanding of the Bible's teaching on modesty. Doing any of those things would be a sin for me.

Indicate duration of requested accommodation (temporary, permanent; amount of time)

During my employment by MCSB.

Describe the religious belief or practice that necessities this request for accommodation *

Because teaching is so important to me financially, I am hopeful that obtaining work as a substitute teacher will not require that I surrender my Constitutional rights to practice my sincerely held religious beliefs. It is my deep belief in God who sacrificed his son, Jesus, because he loved me that compels me to love and care for the children in the classes I have taught and to offer my best work to the school, teachers, and students.

I grew up in a Christian home and have gone to church throughout my life. I don't remember a time when I did not believe that Jesus was God's son, that he was born to a woman, lived, and was crucified, so that he could bear my sins and obtain the forgiveness that I believe only he can purchase for me. The Bible makes clear that I am a sinner and that without the sacrifice of Jesus on the cross, I cannot have eternal life with him. For as long as I can remember I have always believed the Gospel of Jesus Christ. I have always had this innate sense that there is a higher power who is controlling the universe and he is just and that no matter what happens he sets everything right.

I was baptized when I was 11 around the 5th or 6th grade. I did understand that I wanted to live for Jesus. Even then I knew that being a Christian didn't just mean a free ticket to heaven, but that he changed your life and you lived for Him now. As a result, I was no longer free to do what I wanted if it was contrary to what I understood the Bible to say. As a young person, while I didn't fully understand what it meant to have Jesus live inside of me or be filled with the spirit, I knew that God was always with me and would never leave me or forsake me and that I wanted to serve him in everything I did.

Although I was raised Baptist, I come from a long line of Quakers. My mother and grandmother were both strong believers and they valued education. My Grandmother was an elementary school teacher and taught Sunday School forever (70 years). She was always helping people, caring for the poor, and was involved in missions work. My mother was the same. She was always looking out for the underdog and had me read books about people like George Washington Carver. My mom taught Sunday School my whole life and she was a teacher in our church's preschool.

My religious beliefs are not merely intellectual or philosophical pursuits, but they have a direct impact on what I do and how I do it. I am not wealthy. Yet, because of how I saw my mother and grandmother live for Christ, I practice what I and others in my life have preached. For example, I have sponsored a World Vision child for many years because I saw my

grandmother sponsor a child from the Philippines writing letters to her and becoming friends. My Grandmother changed her life. Through her, I saw what it meant to love others as you do yourself, a Biblical command that is sometimes difficult, but which I know God can help me do because I saw how my mother and Grandmother lived their lives. So even how my husband and I spend our money, we believe that we must find ways to help others. I grew up going to church every Sunday and Wednesday. My mother also made me go to choir which I hated, but in obedience to her, I went. I was active in our church youth group, went on several mission trips, helped with Vacation Bible School, and volunteered in the church nursery.

In college I was active in the Baptist Student Union. I went on a mission trip to Mexico and also helped lead a local kids club (Big A) sharing the gospel. I did summer missions for 2 summers in college where I met my husband who had also volunteered. After graduation from Central Missouri State University (now University of Central Missouri). I took a job with the Government Printing Office in Washington DC. I got married in 1991 and had my first son in 1995. Having a child was among the most wonderful blessings I have experienced. I love being a mom to our five children. All my life I wanted to be a mom and parenting has taught me a lot about God, especially his unconditional love.

I have to say that my Christian life has definitely been a journey; slowly but steadily becoming closer to God and learning that I must follow what I believe is God's leading even when I didn't want to. I made a lot of adjustments to my life including leaving the corporate world and quitting my full-time job, so I have time to pour my life into people because I believe God made all of us in his image and we all have a dignity that comes from that, not what we do or how much money we have. I love working with and teaching kids. This is why as a mom with kids who are now adults, I took a part time job babysitting and also became a substitute teacher. I'm also taking care of an elderly friend who has no living family members nearby.

As I hope you can see from the information above, my faith is a part of me that I cannot cut out or ignore. And my understanding of the Bible and what it teaches and requires of me on the gender issue is simple and straight-forward. I believe that God has created all human beings and that in his wisdom, he created them as either male or female. And while I am aware of babies born who have some traits of both men and women, that is not the situation the MCSB policy on transgender students addresses.

As a Christian I believe that it would be against God's law to lie to a child and pretend that I agree with the idea that gender can be different than biological sex, or that I have the right to hide from a parent their child's desire to transition—whether medically or behaviorally—because they might disagree or not support their child's desire. Doing any of those things would be a sin for me. The Bible clearly teaches that the education of a child is a parent's responsibility though they may choose to be aided by others, such as Montgomery County Public Schools in doing so. I don't have a right to hide or lie to a parent. I cannot engage in conduct or speech that supports the idea that God erred when he made a child a boy or a girl and that a person has the right to change that. The Bible is also clear on what is required in terms of modesty, and I could not allow a child to use a restroom while there is another child of the opposite sex using the facilities.

Finally, with respect to names, if there were a child who wanted me to use a name other than the one, he or she was assigned by their parent(s) at birth and the parent(s) agreed to the use of another name, I would have no problem calling that child by his or her chosen name, rather than the name assigned at birth. I would, of course, continue to use the pronouns that accurately reflect his or her sex.

As an elementary school substitute teacher, I don't anticipate any of these issues coming up on a regular basis. Accordingly, there should be minimal impact on my ability to substitute teach the grades I have previously taught. To be clear, I understand that some students are dealing with and considering issues pertaining to gender. I do not see it as my responsibility to play a role promoting or denigrating student decisions on this or related issues. I must, however, draw a clear line that I cannot cross because it would result in my violating deeply held religious beliefs. Ensuring that all children in my classes are included in class activities and are safe and not bullied by anyone for any reason is what I have done in the past and will continue to do.

As provided for in the instructions to this form, I have emailed a more complete version of my request and justification for a religious accommodation directly to Mr. Khalid D. Walker, at khalid_d_walker@mcpsmd.org which should be considered part of this submission.

Certification of Religious Beliefs *

☑ I certify my religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I understand that my request for an accommodation may not be granted if it is unreasonable and/or if it creates an undue hardship on my employer. I understand I may be asked to provide supporting documentation regarding my religious practice and beliefs to further evaluate my request for a religious accommodation.

Optional: Upload documentation related to request

Submitted files

 Request for Religious Accommodation - Kimberly Polk.pdf

Create your own Google Form

Report Abuse