From: Walker, Khalid D <Khalid_D_Walker@mcpsmd.org>
Date: On Tuesday, December 13th, 2022 at 3:31 PM
Subject: Religious Accommodation Request
To: kwpolk@protonmail.com <kwpolk@protonmail.com>
CC: Simmons, Michaele O <Michaele_O_Simmons@mcpsmd.org>

Hi Mrs. Polk,

I am writing to follow up on your request for a religious accommodation. On November 21, 2022, you submitted a request for a religious accommodation. On December 2, 2022, you and I met to discuss your request. You requested to be permitted to refrain from completing the Gender Identity training by refraining from acknowledging that you would adhere to MCPS' *Guidelines for Student Gender Identity*. You also requested to be permitted to refrain from adhering to the *Guidelines for Student Gender Identity*.

Unfortunately, I am writing today to inform you that MCPS is unable to accommodate your request. You are required to complete the training and adhere to the *Guidelines for Student Gender Identity*. Completing the training and adhering to the guidelines are a condition of employment and the training provides information on how to perform the job, how to comply with equal employment opportunity obligations, and information on workplace policies, procedures, or applicable legal requirements.

You may appeal this determination by contacting Mrs. Michaele Simmons, supervisor, Department of Compliance and Investigations, copied on this email.

Please let me know if you have any questions.

Khalid Walker

Compliance Coordinator