IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| KIMBERLY ANN POLK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 8:24-cv-1487-DLB |
| | ) | |
| v. | ) | **PROPOSED ORDER** |
| | ) | |
| MONTGOMERY COUNTY PUBLIC SCHOOLS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER GRANTING PRELIMINARY INJUNCTION

This matter having come before this Court on Plaintiff's motion for preliminary injunction, and this Court having considered the supporting and opposing materials filed with respect to that motion, and this Court finding good cause for the issuance of the preliminary injunction, it is, on this ____ day of _____ 2024,

ORDERED that the motion is granted; and it is further

ORDERED that Defendants are enjoined from refusing to continue to use Plaintiff as a substitute in MCPS's elementary school classes because she has not affirmed MCPS's gender identity training unless those classes currently have attending a student with a "gender support plan" as specified in the MCPS Guidelines for Student Gender Identity and MCPS Form 560-80, provided that Plaintiff will obtain assistance from other MCPS personnel promptly if she is confronted with a situation in which she  must engage a transitioning student in a way that would violate her religious beliefs; and it is further

ORDERED that Plaintiff need not post a bond, as Defendants will suffer no monetary harm from issuance of this injunction; and it is further

2

ORDERED that this injunction will be in effect until resolution of this action on the merits or further order of this Court.

_____
United States District Judge

2