UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIMBERLY ANN POLK,<br><br>    *Plaintiff*,<br><br>v.<br><br>MONTGOMERY COUNTY PUBLIC SCHOOLS, *et al.*,<br><br>    *Defendants*. | Case No. 8:24-cv-01487-DLB |

**MOTION TO DISMISS COMPLAINT**

Defendants Montgomery County Public Schools; Montgomery County Board of Education; Shebra L. Evans, Lynne Harris, Grace Rivera-Oven, Karla Silvestre, Rebecca Smondrowski, Brenda Wolff, and Julie Yang, individually and in their official capacities as members of the Board of Education; and Monique Felder, individually and in her official capacity as former Interim Superintendent, hereby file the following Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction and move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss with prejudice all claims brought against them in the Complaint. The grounds for Defendants' Opposition and Motion are set forth in the accompanying memorandum of law.

  WHEREFORE, Defendants respectfully request that the Court deny Plaintiff's motion for preliminary injunction and dismiss with prejudice all claims brought against them in the Complaint.

Dated: July 3, 2024	Respectfully submitted,

MONTGOMERY COUNTY PUBLIC SCHOOLS; MONTGOMERY COUNTY BOARD OF EDUCATION; SHEBRA L. EVANS, LYNNE HARRIS, GRACE RIVERA-OVEN, KARLA SILVESTRE, REBECCA SMONDROWSKI, BRENDA WOLFF, AND JULIE YANG, *individually and in their official capacities as members of the Board of Education*; and MONIQUE FELDER, *individually and in her official capacity as former Interim Superintendent of Montgomery County Public Schools*

By Counsel

/s/ Thomas K. Bredar
Bruce M. Berman (*pro hac vice*)
bruce.berman@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037

Cassandra A. Mitchell (*pro hac vice*)
cassie.mitchell@wilmerhale.com
Thomas K. Bredar (MD No. 21635)
thomas.bredar@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007

*Counsel for Defendants*