IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KIMBERLY ANN POLK,** | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-24-1487 |
| **MONTGOMERY COUNTY PUBLIC SCHOOLS,** *et al.*, | * | |
| | * | |
| Defendants. | | |

## ORDER

For the reasons stated in the memorandum opinion issued this same date, it is this 17th day of January, 2025 hereby ORDERED that

1. The defendants' motion to dismiss, ECF 28, is GRANTED IN PART and DENIED IN PART as follows:

   a. Counts Two and Three of the complaint are DISMISSED WITHOUT PREJUDICE;

   b. The claims against Montgomery County Public Schools are DISMISSED WITH PREJUDICE;

   c. The claims against the members of the Montgomery County Board of Education and the interim superintendent, in both their individual and official capacities, are DISMISSED WITHOUT PREJUDICE;

   d. The defendants' motion to dismiss Count One of the complaint against the Montgomery County Board of Education is DENIED; and

2. Kimberly Polk's motion for a preliminary injunction, ECF 4, is DENIED.

3. An answer is due January 31, 2025.

2

Deborah L. Boardman
United States District Judge