**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Kimberly Ann Polk

\*

\*

**v.**                                                        Case No.  8:24-cv-1487-DLB

Montgomery County Public Schools, et al.                     \*

\*

## NOTICE OF APPEAL

Notice is hereby given that Kimberly Ann Polk ,

(fill in names of **all** parties who are appealing)

Plaintiff                                in the above captioned case, hereby appeals to the

(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the  Denial of Preliminary Injunction

(indicate order or judgment)

entered in this case on  January 17, 2024 .

February 7, 2025                         s/ Frederick W. Claybrook, Jr.
Date                                      Signature

                                          Frederick W. Claybrook, Jr., Bar # 21604
                                          Printed Name and Bar Number

                                          655 15th St., NW, Ste. 425, Washington, DC 20005
                                          Address

                                          rick@claybrooklaw.com
                                          Email Address

                                          (301) 622-0360
                                          Telephone Number

                                          N/A
                                          Fax Number

NoticeofAppeal (06/2016)